IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Criminal Action No. 14-39-RGA |
| | ) | |
| PETER HAYES, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT MOTION TO SCHEDULE SENTENCING HEARING**

NOW COMES the parties, the United States of America, by and through its undersigned attorneys (the "Government"), and the defendant, Peter Hayes ("Defendant"), by and through his attorney, Eugene J. Maurer, Jr., who move jointly to schedule a Sentencing Hearing in the above captioned matter. The parties understand that the Court has availability to conduct the Sentencing Hearing on Thursday, January 17, 2019, at 10:00 a.m. The parties respectfully request that the Court enter the attached order to schedule the hearing on that date and time.

Respectfully Submitted,

DAVID C. WEISS

United States Attorney
District of Delaware

| | | |
|---|---|---|
| /s/ | By: | /s/ |
| Eugene J. Maurer, Jr. | | Robert F. Kravetz |
| Attorney for Defendant | | Jennifer L. Hall |
| | | Jamie M. McCall |
| | | Assistant United States Attorneys |

Dated: November 1, 2018

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Criminal Action No. 14-39-RGA |
| | ) | |
| PETER HAYES, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

WHEREAS, the parties filed a Joint Motion to Schedule Sentencing Hearing on November 1, 2018;

WHEREAS, the parties requested that the Sentencing Hearing occur on Thursday, January 17, 2019, at 10:00 a.m.

NOW THEREFORE, IT IS HEREBY ORDERED that:

A Sentencing Hearing will be held on **Thursday, January 17, 2019, at 10:00 a.m.,** in Courtroom No. 6A on the 6th Floor, Boggs Federal Building, Wilmington, Delaware.

_____                    _____
Date                                                                           Hon. Richard G. Andrews
                                                                                     United States District Judge