IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Criminal Action No. 14-39-RGA |
| | ) | |
| PETER HAYES, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

WHEREAS, the parties filed a Joint Motion to Schedule Sentencing Hearing on November 1, 2018;

WHEREAS, the parties requested that the Sentencing Hearing occur on Thursday, January 17, 2019, at 10:00 a.m.

NOW THEREFORE, IT IS HEREBY ORDERED that:

A Sentencing Hearing will be held on **Thursday, January 17, 2019, at 10:00 a.m.**, in Courtroom No. 6A on the 6th Floor, Boggs Federal Building, Wilmington, Delaware.

_Nov. 2, 2018_
Date

_/s/ Richard G. Andrews_
Hon. Richard G. Andrews
United States District Judge

2